# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
FRANK B. MAY, Jr. § Case No. 14-13781
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/14/2014. The undersigned trustee was appointed on 04/22/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    150,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 29,550.03 |
| Bank service fees | 495.83 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 119,954.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/24/2014 and the deadline for filing governmental claims was 10/24/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,750.00 , for a total compensation of $ 10,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2016          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-13781 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | FRANK B. MAY, Jr. | | | | Date Filed (f) or Converted (c): | 04/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 07/18/2016 | | | | Claims Bar Date: | 10/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2064 Stonebridge Court/Wheaton, IL 60189;  Title h | 462,500.00 | 0.00 | | 0.00 | FA |
| 2.  3146 Santorini Court/Naples, Florida 34119 | 192,500.00 | 192,500.00 | | 0.00 | FA |
| 3.  205 East Elm Street/Wheaton/Illinois 60189 (Zillow | 150,000.00 | 0.00 | | 0.00 | FA |
| 4.  Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Savings Account at PNC | 105.00 | 55.00 | | 0.00 | FA |
| 6.  Checking Account at PNC Bank | 3,000.00 | 0.00 | | 0.00 | FA |
| 7.  Checking Account at Republic Bank  #68685-9 | 118.00 | 118.00 | | 0.00 | FA |
| 8.  Miscellaneous Household Goods and Furnishings incl | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 9.  Miscellaneous books, pictures, art, records, cds. | 250.00 | 250.00 | | 0.00 | FA |
| 10.  Miscellaneous Wearing Apparel including suits, pan | 300.00 | 0.00 | | 0.00 | FA |
| 11.  Wedding Ring, college ring, HS ring; | 300.00 | 300.00 | | 0.00 | FA |
| 12.  2 Citizen Watches, beaver coat | 300.00 | 300.00 | | 0.00 | FA |
| 13.  Golf Clubs, 22 cal. rifle, 6 hand guns | 975.00 | 975.00 | | 0.00 | FA |
| 14.  Wells Fargo Advisors Custodian FBO Frank B. May | 150,000.00 | 0.00 | | 0.00 | FA |
| 15.  Law Offices of Frank B. May Jr.,  LLC; 100% of int | Unknown | 0.00 | | 0.00 | FA |
| 16.  Partners On Main Street LLC; | 0.00 | 0.00 | | 0.00 | FA |
| 17.  100% shares of May Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 18.  100% ownership of Fox Valley Title, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 19.  Right to receive Social Security benefits ($2245/m | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Beneficiary of Frank B. May Living Trust | Unknown | 0.00 | | 0.00 | FA |
| 21.  beneficiary of Chicago Title Land Trust #800236080 | Unknown | 0.00 | | 0.00 | FA |
| 22.  Claim for contribution against estate of Arnold Ba | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-13781 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | FRANK B. MAY, Jr. | | | | Date Filed (f) or Converted (c): | 04/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 07/18/2016 | | | | Claims Bar Date: | 10/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Claim for contribution v. estate of Arnold Bargielski Jr | Unknown | 0.00 | | 0.00 | FA |
| claim for contribution against Estate of Arnold Bargielski Jr. Re Community Bank CBD<br>--Trustee investigated the Debtor's claim against the probate estate and third party complaint.  Trustee determined that the Debtor did not have a viable claim against the probate Estate of A. Bargielski and that there was inconsequential value of pursuing the third party complaint.  Pursuant to this Court's order dated 4/20/15, Trustee settled with the third party defendant [dkt. no. 61] such that the Estate did not pursue the third party complaint and the Estate was not obligated to pay attorneys fees awarded to third party defendant. | | | | | |
| 24. discharged claim against Terrance Mathews -- contr | Unknown | 0.00 | | 0.00 | FA |
| 25. copyright to several rock and roll songs | Unknown | 0.00 | | 0.00 | FA |
| 26. IL license to practice law; IL Real Estate brokers | Unknown | 0.00 | | 0.00 | FA |
| 27. 2004 BMW 330; 110,000 miles  located in Florida; t | 2,800.00 | 400.00 | | 0.00 | FA |
| 28. 2 Lap top computers, printer, desk and filing cabi | 400.00 | 400.00 | | 0.00 | FA |
| 29. MIscellaneous law books and regional reporters | 0.00 | 0.00 | | 0.00 | FA |
| 30. Fraudulent transfer (u) | 0.00 | 0.00 | | 150,000.00 | FA |
| Trustee settled with the Debtor and Mary May pursuant to this Court's order dated October 23, 2015 [dkt. no. 65] for recovery of $150,000.00 on account of the alleged fraudulent transfer of Debtor's 92% interest in the Q&T Group Joint Venture and his 50% interest in the real property at 205 E. Elm Street, Wheaton, IL 60189 | | | | | |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $969,648.00    $197,298.00    $150,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into transfers continues
Motion to compromise with debtor and spouse scheduled for 10/23/15

Initial Projected Date of Final Report (TFR): 12/30/2016         Current Projected Date of Final Report (TFR): 12/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-13781 | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | FRANK B. MAY, Jr. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX3755 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3223 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/18/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/15 | | Frank B. May Jr | Settlement of adversary complaint | 1141-000 | $150,000.00 | | $150,000.00 |
| 11/24/15 | 30 | Frank B. May Jr | Settlement proceeds Per Court order dated 10/23/15 [dkt. 65] | 1241-000 | $150,000.00 | | $300,000.00 |
| 11/24/15 | | Frank B. May Jr | Settlement of adversary complaint Reversal | 1141-000 | ($150,000.00) | | $150,000.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.34 | $149,949.66 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.88 | $149,726.78 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.61 | $149,504.17 |
| 02/25/16 | 101 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $130.64 | $149,373.53 |
| 06/20/16 | 102 | Springer Brown LLC | Attorney for Trustee Fees (Trustee Compensation awarded and paid per order [dkt 67] | 3210-000 | | $27,469.00 | $121,904.53 |
| 06/20/16 | 103 | Springer Brown | attorney expenses expense reimbursement awarded and paid per order [dkt 67] | 3220-000 | | $1,950.39 | $119,954.14 |

| | | |
|---|---|---|
| COLUMN TOTALS | $150,000.00 | $30,045.86 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $30,045.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $150,000.00 | $30,045.86 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*               Page Subtotals:   $150,000.00   $30,045.86

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3755 - Checking | $150,000.00 | $30,045.86 | $119,954.14 |
|  | $150,000.00 | $30,045.86 | $119,954.14 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $150,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-13781-DRC  
Debtor Name: FRANK B. MAY, Jr.  
Claims Bar Date: 10/24/2014  

Date: July 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $10,750.00 | $10,750.00 |
| 100 3210 | Springer Brown LLC | Administrative | Awarded per order 6/17/16 [dkt 67] | $0.00 | $27,469.00 | $27,469.00 |
| 100 3220 | Springer Brown LLC | Administrative | Awarded per order 6/17/16 [dkt 67] | $0.00 | $1,950.39 | $1,950.39 |
| 1 300 7100 | Community Bank CBD<br>c/o Godfrey Leible Blackbourn et al<br>354 Seymour Court<br>Elkhorn, WI 53121 | Unsecured | | $1,200,000.00 | $1,245,058.93 | $1,245,058.93 |
| | Case Totals | | | $1,200,000.00 | $1,285,228.32 | $1,285,228.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1              Printed: July 18, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13781
Case Name: FRANK B. MAY, Jr.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

      Balance on hand      $    119,954.14

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 10,750.00 | $ 0.00 | $ 10,750.00 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 27,469.00 | $ 27,469.00 | $ 0.00 |
| Attorney for Trustee Expenses: Springer Brown LLC | $ 1,950.39 | $ 1,950.39 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $   10,750.00

Remaining Balance    $   109,204.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,245,058.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Community Bank CBD | $ 1,245,058.93 | $ 0.00 | $ 109,204.14 |
| | Total to be paid to timely general unsecured creditors | | | $ 109,204.14 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE