IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-13781 |
| | ) | |
| FRANK B. MAY, JR. | ) | HON. DONALD R. CASSSLING |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

      The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served upon Frank B. May, 2064 Stonebridge Court, Wheaton IL 60189 and Community Bank, c/o Godfrey Leible Blackburn, 354 Seymour Court, Elkhorn WI 53121 by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 12th day of August, 2016 at 3400 W. Lawrence Ave., Chicago, Illinois.

      /s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)