# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
FRANK B. MAY, Jr. § Case No. 14-13781
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 1,549,850.00 |
| Total Distributions to Claimants: 109,204.14 | Claims Discharged<br>Without Payment: 1,724,178.79 |
| Total Expenses of Administration: 40,795.86 | |

3) Total gross receipts of $ 150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 150,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 587,729.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 40,795.86 | 40,795.86 | 40,795.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,200,595.00 | 1,245,058.93 | 1,245,058.93 | 109,204.14 |
| **TOTAL DISBURSEMENTS** | $ 1,788,324.00 | $ 1,285,854.79 | $ 1,285,854.79 | $ 150,000.00 |

    4) This case was originally filed under chapter 7 on 04/14/2014 . The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2016     By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer | 1241-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 18 Blanchard Wheaton, IL 60189 | | 205,884.00 | NA | NA | 0.00 |
| | Community Bank of Glen Ellyn/Wheato 357 Roosevelt Road Glen Ellyn, IL 60137 | | 81,845.00 | NA | NA | 0.00 |
| | Santorini Villas HOA PO Biox 7555 Naples, FL 34101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo P.O. Box 14411 Des Moines, IA 50306 | | 300,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 587,729.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 10,750.00 | 10,750.00 | 10,750.00 |
| Adams-Levine | 2300-000 | NA | 130.64 | 130.64 | 130.64 |
| Associated Bank | 2600-000 | NA | 495.83 | 495.83 | 495.83 |
| Springer Brown LLC | 3210-000 | NA | 27,469.00 | 27,469.00 | 27,469.00 |
| Springer Brown LLC | 3220-000 | NA | 1,950.39 | 1,950.39 | 1,950.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 40,795.86 | $ 40,795.86 | $ 40,795.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Community Bank CBD 820 E. Geneva St. attn: Mike Murphy Delavan, WI 53115 |  | 0.00 | NA | NA | 0.00 |
|  | Estate of Arnold Bargielski Jr 1116 E. Rockwell Arlington Heights, IL 60005 |  | 0.00 | NA | NA | 0.00 |
|  | Terrance Mathews 4325 E. Lake Shore Dr. Wonder Lake, IL 60097 |  | 0.00 | NA | NA | 0.00 |
|  | Wassel, Harvey & Schuk, LLP 1034D Ann Street PO Box 524 Delavan, WI 53115 |  | 595.00 | NA | NA | 0.00 |
| 1 | Community Bank CBD | 7100-000 | 1,200,000.00 | 1,245,058.93 | 1,245,058.93 | 109,204.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,200,595.00 | $ 1,245,058.93 | $ 1,245,058.93 | $ 109,204.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-13781 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FRANK B. MAY, Jr. | | | | Date Filed (f) or Converted (c): | 04/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 11/06/2016 | | | | Claims Bar Date: | 10/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 2064 Stonebridge Court/Wheaton, IL 60189;  Title h | 462,500.00 | 0.00 | | 0.00 | FA |
| 2. 3146 Santorini Court/Naples, Florida 34119 | 192,500.00 | 192,500.00 | | 0.00 | FA |
| 3. 205 East Elm Street/Wheaton/Illinois 60189 (Zillow | 150,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account at PNC | 105.00 | 55.00 | | 0.00 | FA |
| 6. Checking Account at PNC Bank | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account at Republic Bank  #68685-9 | 118.00 | 118.00 | | 0.00 | FA |
| 8. Miscellaneous Household Goods and Furnishings incl | 6,000.00 | 2,000.00 | | 0.00 | FA |
| 9. Miscellaneous books, pictures, art, records, cds. | 250.00 | 250.00 | | 0.00 | FA |
| 10. Miscellaneous Wearing Apparel including suits, pan | 300.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Ring, college ring, HS ring; | 300.00 | 300.00 | | 0.00 | FA |
| 12. 2 Citizen Watches, beaver coat | 300.00 | 300.00 | | 0.00 | FA |
| 13. Golf Clubs, 22 cal. rifle, 6 hand guns | 975.00 | 975.00 | | 0.00 | FA |
| 14. Wells Fargo Advisors Custodian FBO Frank B. May | 150,000.00 | 0.00 | | 0.00 | FA |
| 15. Law Offices of Frank B. May Jr.,  LLC; 100% of int | Unknown | 0.00 | | 0.00 | FA |
| 16. Partners On Main Street LLC; | 0.00 | 0.00 | | 0.00 | FA |
| 17. 100% shares of May Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 18. 100% ownership of Fox Valley Title, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 19. Right to receive Social Security benefits ($2245/m | 0.00 | 0.00 | | 0.00 | FA |
| 20. Beneficiary of Frank B. May Living Trust | Unknown | 0.00 | | 0.00 | FA |
| 21. beneficiary of Chicago Title Land Trust #800236080 | Unknown | 0.00 | | 0.00 | FA |
| 22. Claim for contribution against estate of Arnold Ba | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-13781 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | FRANK B. MAY, Jr. | | | | Date Filed (f) or Converted (c): | 04/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 11/06/2016 | | | | Claims Bar Date: | 10/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Claim for contribution v. estate of Arnold Bargielski Jr | Unknown | 0.00 | | 0.00 | FA |
| claim for contribution against Estate of Arnold Bargielski Jr. Re Community Bank CBD --Trustee investigated the Debtor's claim against the probate estate and third party complaint.  Trustee determined that the Debtor did not have a viable claim against the probate Estate of A. Bargielski and that there was inconsequential value of pursuing the third party complaint.  Pursuant to this Court's order dated 4/20/15, Trustee settled with the third party defendant [dkt. no. 61] such that the Estate did not pursue the third party complaint and the Estate was not obligated to pay attorneys fees awarded to third party defendant. | | | | | |
| 24. discharged claim against Terrance Mathews -- contr | Unknown | 0.00 | | 0.00 | FA |
| 25. copyright to several rock and roll songs | Unknown | 0.00 | | 0.00 | FA |
| 26. IL license to practice law; IL Real Estate brokers | Unknown | 0.00 | | 0.00 | FA |
| 27. 2004 BMW 330; 110,000 miles  located in Florida; t | 2,800.00 | 400.00 | | 0.00 | FA |
| 28. 2 Lap top computers, printer, desk and filing cabi | 400.00 | 400.00 | | 0.00 | FA |
| 29. MIscellaneous law books and regional reporters | 0.00 | 0.00 | | 0.00 | FA |
| 30. Fraudulent transfer (u) | 0.00 | 0.00 | | 150,000.00 | FA |
| Trustee settled with the Debtor and Mary May pursuant to this Court's order dated October 23, 2015 [dkt. no. 65] for recovery of $150,000.00 on account of the alleged fraudulent transfer of Debtor's 92% interest in the Q&T Group Joint Venture and his 50% interest in the real property at 205 E. Elm Street, Wheaton, IL 60189 | | | | | |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $969,648.00          $197,298.00          $150,000.00          $0.00

(Total Dollar Amount in Column 6)

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16:  Distribution checks issued 9/26/16.  Waiting for -0- balance bank statement to file TDR.

9/30/15: Investigation into transfers continues. Motion to compromise with debtor and spouse scheduled for 10/23/15

Initial Projected Date of Final Report (TFR): 12/30/2016          Current Projected Date of Final Report (TFR): 12/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-13781 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: FRANK B. MAY, Jr. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3755 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3223 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/15 | | Frank B. May Jr | Settlement of adversary complaint | 1141-000 | $150,000.00 | | $150,000.00 |
| 11/24/15 | 30 | Frank B. May Jr | Settlement proceeds Per Court order dated 10/23/15 [dkt. 65] | 1241-000 | $150,000.00 | | $300,000.00 |
| 11/24/15 | | Frank B. May Jr | Settlement of adversary complaint Reversal | 1141-000 | ($150,000.00) | | $150,000.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.34 | $149,949.66 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.88 | $149,726.78 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.61 | $149,504.17 |
| 02/25/16 | 101 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $130.64 | $149,373.53 |
| 06/20/16 | 102 | Springer Brown LLC | Attorney for Trustee Fees (Trustee Compensation awarded and paid per order [dkt 67] | 3210-000 | | $27,469.00 | $121,904.53 |
| 06/20/16 | 103 | Springer Brown | attorney expenses expense reimbursement awarded and paid per order [dkt 67] | 3220-000 | | $1,950.39 | $119,954.14 |
| 09/28/16 | 104 | The Helms Law Firm, P.C. | per court order 9/20/16, docket #72 | 2100-000 | | $10,750.00 | $109,204.14 |
| 09/28/16 | 105 | Community Bank CBD | Final distibution to creditors | 7100-000 | | $109,204.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $150,000.00 | $150,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $150,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $150,000.00 | $150,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Case 14-13781   Doc 74   Filed 02/23/17   Entered 02/23/17 15:50:43   Desc Main
                              Document      Page 10 of 11

Net $150,000.00     $150,000.00

Exhibit 9

Page Subtotals: $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3755 - Checking | $150,000.00 | $150,000.00 | $0.00 |
|  | $150,000.00 | $150,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $150,000.00 |

Page Subtotals:　　　　　　　　　　$0.00　　　　$0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*